1  KAREN P. HEWITT
   United States Attorney
2  W. MARK CONOVER
   Assistant United States Attorney
3  California State Bar No. 236090
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5200
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA     08 CR 2098-JAH
10
   UNITED STATES OF AMERICA,          )   Magistrate Case No.  08MJ1794
11                                     )
                      Plaintiff,       )
12                                     )   **STIPULATION OF FACT AND JOINT**
                   v.                  )   **MOTION FOR RELEASE OF**
13                                     )   **MATERIAL WITNESS(ES) AND**
   RAFAEL SANTIAGO-VASQUEZ (2),        )   **ORDER THEREON**
14                                     )
                      Defendant.       )
15 _____      )   **(Pre-Indictment Fast-Track Program)**

16      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and W. Mark

18 Conover, Assistant United States Attorney, and defendant RAFAEL SANTIAGO-VASQUEZ, by

19 and through and with the advice and consent of defense counsel, Hanni Fakhoury, that:

20      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

21 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22 intelligently and voluntarily entered into it.  Defendant agrees further to waive indictment and plead

23 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24 of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

25 § 1324(a)(1)(A)(i) and (v)(II).

26 //

27 //

28 WMC:jam

1      2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4      3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before July 10, 2008.

6      4.      The material witnesses, Adolfo Talamantes-Rocha, Benigno Cuaulte-Lazaro, and

7  Servando Baez-Cuautle, in this case:

8          a.      Are aliens with no lawful right to enter or remain in the United States;

9          b.      Entered or attempted to enter the United States illegally on or about

10  June 8, 2008;

11          c.      Were found in rural terrain near the international border with Mexico and

12  were being guided by defendant, and defendant knew of the fact that they were aliens with no lawful

13  right to enter or remain in the United States;

14          d.      Were paying or having others pay on their behalf $1,500-$1,700 to others to

15  be brought into the United States illegally and/or transported illegally to their destination therein;

16  and,

17          e.      May be released and remanded immediately to the Department of Homeland

18  Security for return to their country of origin.

19      5.      After the material witnesses are ordered released by the Court pursuant to this

20  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

21  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

22  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

23          a.      The stipulated facts set forth in paragraph 4 above shall be admitted as

24  substantive evidence;

25          b.      The United States may elicit hearsay testimony from arresting agents

26  regarding any statements made by the material witness(es) provided in discovery, and such testimony

27  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Rafael Santiago-Vasquez (2)          2          08MJ1794

1    of (an) unavailable witness(es); and,

2            c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

3    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

4    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

5    waives the right to confront and cross-examine the material witness(es) in this case.

6         6.     By signing this stipulation and joint motion, defendant certifies that defendant has

7    read it (or that it has been read to defendant in defendant's native language). Defendant certifies

8    further that defendant has discussed the terms of this stipulation and joint motion with defense

9    counsel and fully understands its meaning and effect.

10        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

11   immediate release and remand of the above-named material witness(es) to the Department of

12   Homeland Security for return to their country of origin.

13        It is STIPULATED AND AGREED this date.

14                               Respectfully submitted,

15                               KAREN P. HEWITT
                            United States Attorney

16

17   Dated: 24 June 08.

18                               W. MARK CONOVER
                            Assistant United States Attorney

19

20   Dated: 6/19/08.              HANNI FAKHOURY  KAREN STEVENS
                            Defense Counsel for Rafael Santiago-Vasquez

21

22   Dated: 6/19/08.

23                               RAFAEL SANTIAGO-VASQUEZ
                            Defendant

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Rafael Santiago-Vasquez (2)     3               08MJ1794

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 6/24/2008 .

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Rafael Santiago-Vasquez (2)                    4                          08MJ1794