FILED
JUNE 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2098-JAH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., |
| JOSE LUIS GOMEZ-HERNANDEZ (1), ) RAFAEL SANTIAGO-VASQUEZ (2), ) | Sec. 1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and Aiding and Abetting |
| Defendants. ) | |

The United States Attorney charges:

On or about June 8, 2008, within the Southern District of California, defendants JOSE LUIS GOMEZ-HERNANDEZ and RAFAEL SANTIAGO-VASQUEZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Adolfo Talamantes-Rocha, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 24 June 08.

KAREN P. HEWITT
United States Attorney

for W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
6/11/08