UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 08 CR 2098-JAH  08 MJ 1794 |
| vs. | ) ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Gomez-Hernandez et al. | ) ) | |
| Defendant(s) | ) ) | Booking No. |

On order of the United States District/Magistrate Judge,   Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Adolfo Talamantes - Rucha

DATED:  6/26/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
    by
V. Lee,   Deputy Clerk